SECOND REQUEST    SECOND REQUEST    SECOND REQUEST
***************    ***************    ***************

Thomas Pitera

Reg. #  29465-053
JSP Allenwood
Box 3000
White Deer, Pa 17887



Grand Jury Section
Att: Deputy Clerk
United States District Court
Eastern District Court House
225 Cadman Plaza East
Brooklyn,  NY   11201

Re:  Grand Jury Clerical Records for United States v. **Pitera**_____, Criminal case # **90 CR 424 (**RJD**).**

Dear Deputy Clerk:

This is a formal request for access to grand jury clerical records which were generated in connection with the above-referenced case.  I specifically request disclosure of (1) the dates the grand jury began its investigation and ended it investigation; (2) the date, if any, of each superseding indictment including the original indictment; and (3) the racial composition of the grand jury panel itself including the number of people who sat on it.

Please do not pass my request along to the US Attorney's Office as your office is obligated by the law to respond to my request for production of these clerical records.  The documents I **seek** in no shape or form violate the privacy and secrecy of the grand jury and, therefore, **cannot** be considered exempt from disclosure.

Thank you for your assistance in this matter.

Sincerely yours,

Thomas Pitera